On petition for review filed May 18, to review the Court of Appeals' order denying attorney fees,* petition for review allowed; order of the Court of Appeals denying attorney fees vacated; remanded to Court of Appeals for further consideration July 29, 1993

MARGERY LORRAINE BURNAM,
*Petitioner on Review,*

*v.*

STATE OF OREGON,
*Respondent on Review.*

(CC 90-05-161 CV; CA A66808; SC S40253)

855 P2d 642

Nancy Nickel, John Day, filed petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The order of the Court of Appeals denying attorney fees is vacated. The matter is remanded to the Court of Appeals for further consideration.

---

* Appeal from Grant County Circuit Court, R. T. Gooding, Judge. 116 Or App 381, 840 P2d 1376 (1993).